**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| BILLY D. WILLIAMS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MEDICAL DOCTOR SOLOTKIN, et al., )<br>)<br>Defendants. ) | No. 1:06-cv-1430-SEB-JMS |

**E N T R Y**

This cause is **dismissed** for failure to prosecute, a disposition based on the plaintiff's failure to provide a current address for defendants Dr. Solotkin, R. Stanley, and Bob Ferguson as directed in the Entry of May 24, 2007.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**

Date: 06/29/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana