UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BILLY D. WILLIAMS, <br><br> Plaintiff, <br> vs. <br><br> MEDICAL DOCTOR SOLOTKIN, et al., <br><br> Defendants. | No. 1:06-cv-1430-SEB-JMS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 06/29/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Billy D. Williams
DOC #988757
Putnamville Correctional Facility
1946 West U.S. 40
Greencastle, IN 46135